PER CURIAM.
AFFIRMED on the authority of Berwald v. General Motors Acceptance Corp., 570 *1002 So.2d 1109 (Fla. 5th DCA 1990); Tsiknakis v. Volvo Finance North America, Inc., 566 So.2d 520 (Fla. 3d DCA 1990), question certified; Folmar v. Young, 560 So.2d 798 (Fla. 4th DCA 1990); Raynor v. De La Nuez, 558 So.2d 141 (Fla. 3d DCA 1990); Kraemer v. General Motors Acceptance Corp., 556 So.2d 431 (Fla. 2d DCA 1989), juris, accepted, 564 So.2d 487 (Fla.1990); Perry v. G.M.A.C. Leasing Corp., 549 So.2d 680 (Fla. 2d DCA 1989), rev. denied, 558 So.2d 18 (Fla.1990).
W. SHARP, COWART and GRIFFIN, JJ., concur.